Argued December 18, 1975; reargued March 23, affirmed August 9, 1976

JUDSON et al, *Appellants,*
*v.*
CITY OF LINCOLN CITY et al, *Respondents.*
(No. 34104, CA 4570)
552 P2d 588

*Scott McArthur,* Monmouth, argued the cause for appellants. With him on the briefs were McArthur & Horner, P.C., Monmouth.

*James Kulla,* Lincoln City, argued the cause for respondent City of Lincoln City and its officers. On the brief was Michael G. Dowsett, City Attorney, Lincoln City.

*Dan W. Poling,* Lincoln City, argued the cause and filed the brief for respondent Journeymen, Inc., an Oregon corporation.

No appearance for respondent Lee Johnson, Attorney General of the State of Oregon.

Affirmed. *Brooks v. Dierker,* 275 Or 619, 552 P2d 533 (1976).

FORT, J.

**THORNTON, J.,** specially concurring.

I concur for the reasons stated in my specially concurring opinion in *Caldwell v. Wunderlich,* 26 Or App 407, 552 P2d 1321 (1976).

Lee, J. I join in the opinion of Thornton, J.